**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Plaintiffs,
LAURENCE DENNY AND DEBORAH DENNY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE DENNY, an individual; DEBORAH DENNY, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAPID VAN LINES, LLC, a limited liability company, and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**1. BREACH OF CONTRACT**<br><br>**2. BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**3. FRAUD**<br><br>**4. VIOLATION OF SECTION 17200 OF THE BUSINESS AND PROFESSIONS CODE** |

Plaintiffs Laurence Denny and Deborah Denny ("Plaintiffs") (the "Denny Family") by and through their attorneys, hereby pray to this Honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This an action for breach of contract, fraud, breach of implied covenant of fair dealing, and violations of Section 17200 of the Business and Professions Code.

2. From their home in Pleasanton, California, the Denny Family entered into a contract with Rapid Van Lines, LLC ("Rapid Van Lines") to move their belongings from Pleasanton, California to Broomfield, Colorado. Over nine weeks later, the Denny Family still does not have all their belongings (in breach of contract), after repeated estimates that their belongings would be delivered in 2-14 business days and concealment of the truth as to what has really happened to their belongings (breach of implied covenant, fraud, 17200)).

3. The Denny Family has had to purchase air mattresses, sleeping bags, pillows, kitchen utensils, folding tables, chairs, lights, clothing, supplies so their children could attend previously scheduled summer camp, among numerous other items in order to provide a functioning home for their three children. The first available delivery date was May 16, 2021; yet after numerous calls, texts, and emails (all of which received evasive answers or non-responses), Rapid Van Lines did not send any of the Denny Family's belongings until July 10, when a rented Enterprise truck showed up with roughly half of their belongings, many of those belongings in damaged condition. Rapid Van Lines demanded payment in cash before unloading those belongings, and refused to let the Dennys even see the belongings before they paid the cash – undoubtedly because the movers knew that the Dennys would be upset when they saw the actual condition of their goods. The contractor in charge of unloading these goods admitted that they had been "lost," and knew nothing about the second half of the Denny Family's belongings or when they would be delivered. Ten days later, none of the Denny Family's other belongings have been delivered, while

the company continues to play games, shuffling the Dennys to different individuals named "Jim," "Tiffany," "Trisha" and "Jill" – none of whom will give any indication as to where the rest of the Denny Family's belongings are, what condition they are in, or when they will be delivered.

4. At one point, Rapid Van Lines claimed that the Denny Family's belongings were in a warehouse in Sacramento, but will no longer confirm this to be true, causing great concern that their belongings have been lost, harmed, or stolen.

5. Even more troubling, upon researching the company in connection with this lawsuit, Rapid Van Lines appears to be a suspended corporation in California, which is not registered or licensed to do business in California with the Bureau of Household Goods and Services ("BHGS"), and which has violated numerous BHGS regulations. Rapid Van Lines fraudulently induced the Denny Family to believe that it was a legal business, properly licensed in California, with numerous satisfied customers. In truth, Rapid Van Lines is none of the above. It is a fraudulent enterprise, which is not properly licensed, not compliant with applicable regulations, which has lost, converted, stolen, or simply lacks the resources to deliver their belongings. Rapid Van Lines has a long list of consumer complaints and appears to be acting in accordance with its modus operandi in this case. In short, Rapid Van Lines appears to be an illegal enterprise conducting illegal business in the State of California, causing great harm to its California consumers.

6. By this complaint, the Denny Family seeks specific performance under the contract (immediate delivery of their belongings), compensatory damages for their out-of-pocket losses and loss of property (far in excess of the $75,000 jurisdictional minimum of this Court), and punitive damages to the maximum extent authorized by law.

**PARTIES**

7. Plaintiff Laurence Denny is an individual who resided in Pleasanton, California before recently relocating to Broomfield, Colorado.

8. Plaintiff Deborah Denny is an individual who resided in Pleasanton, California before recently relocating to Broomfield, Colorado.

9. Defendant Rapid Van Lines is a limited liability company organized and existing under the laws of Indiana with its principal place of business located in South Bend, Indiana.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

10. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

11. The Denny Family and Rapid Van Lines entered into a verbal contract requiring delivery of their belongings within 2-14 business days. Deborah Denny signed a written contract, which in the terms and conditions, stated that Rapid Van Lines could take as long as 30 business days.

12. While these contracts are voidable for illegality, assuming their enforceability, Rapid Van Lines has breached both agreements, *inter alia*, by failing to deliver any of the Denny Family's belongings within the contract period, and then only delivering half of their belongings, many in damaged condition, after the contract period.

13. The Denny Family has performed all of its obligations under the contracts.

14. The Denny Family seeks specific performance and compensatory damages in an amount to be determined at trial.

## SECOND CLAIM FOR RELIEF

(Breach of Implied Covenant)

15. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

16. The Denny Family and Rapid Van Lines entered into a verbal contract requiring delivery of their belongings within 2-14 business days. Deborah Denny

signed a written contract, which in the terms and conditions, stated that Rapid Van Lines could take as long as 30 business days.

17. While these contracts are voidable for illegality, assuming their enforceability, Rapid Van Lines has breached the implied covenant of good faith and fair dealing, *inter alia*, by lying to the Denny Family about the company's credentials and ability to conduct business in California, providing false delivery estimates, refusing to respond to inquiries about the status of delivery, refusing to confirm the whereabouts and condition of their belongings, and engaging in constant evasiveness in response to inquiries and demands for the delivery of their possessions.

18. The Denny Family has performed all of its obligations under the contracts.

19. The Denny Family seeks specific performance and compensatory damages in an amount to be determined at trial.

### THIRD CLAIM FOR RELIEF

(Fraud)

20. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

21. Rapid Van Lines has repeatedly lied or concealed to the Denny Family about being authorized to conduct business in California, about being a licensed mover in the State of California, about their record of customer satisfaction, about when their belongings would be delivered, and has concealed material information as to the whereabouts and condition of their belongings.

22. The Denny Family reasonably relied on these misrepresentations to their detriment in choosing to enter into contracts with Rapid Van Lines and entrust the company to take possession of their most important assets.

23. The Denny Family actually and justifiably relied on this information to their detriment.

/ / /

24. The Denny Family seeks compensatory damages, including emotional distress damages, in an amount to be proven at trial, and punitive damages to the maximum extent authorized by law to punish and deter this fraudulent and despicable conduct.

## FOURTH CLAIM FOR RELIEF

(Business & Professions Code § 17200)

25. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

26. The foregoing conduct is unlawful, unfair, and fraudulent in violation of California Business & Professions Code Section 17200.

27. The Denny Family seeks restitution of the money paid and property entrusted to Rapid Van Lines.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Prays for judgment against Defendant as follows:

1. For specific performance under the contract.
2. Fort restitution of money and property.
3. For compensatory damages.
4. For punitive damages to the maximum extent authorized by law.
5. For declaratory relief as to the rights and obligations of the parties.
6. For attorneys' fees.
7. For any other relief the Court deems just and proper.

Respectfully submitted,

DATED: July 19, 2021          DOLL AMIR & ELEY LLP

By:  */s/ Gregory L. Doll*
     GREGORY L. DOLL
Attorneys for Plaintiffs,
LAURENCE DENNY AND
DEBORAH DENNY